IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02320-RPM

RALPH and DEBORAH DUMPERT,

    Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

ORDER DENYING PLAINTIFFS' MOTIONS TO COMPEL AND FOR EXTENSION OF TIME

---

    On January 21, 2011, the plaintiffs filed a motion to compel discovery of reserve information.  The defendant filed its opposition and plaintiffs filed their reply.  The plaintiffs have failed to establish support for the motion to compel.  On February 25, 2011, the plaintiffs filed a motion for extension of time to designate expert witnesses and to amend pleadings.  The potential for an opinion witness is with respect to industry standards and such opinion testimony is not ordinarily admissible in a case of this type. It is

    ORDERED that the plaintiffs' motion to compel discovery [7] and the plaintiffs' motion for extension of time [10] are denied.

    Dated:  March 8th, 2011

                                                          BY THE COURT:

                                                          s/Richard P. Matsch
                                                          _____
                                                          Richard P. Matsch, Senior District Judge