IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02320-RPM

RALPH and DEBORAH DUMPERT,

      Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

      Defendant.

---

ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION

---

      Upon consideration of Plaintiff's Motion for Reconsideration [12] filed March 14, 2011, it is

      ORDERED that the motion is denied.

      Dated:  March 15th, 2011

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge