IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02320-RPM

RALPH and DEBORAH DUMPERT,

      Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

      Defendant.

---

ORDER VACATING PRETRIAL CONFERENCE

---

      Due to the filings of Defendant's Motion for Sanctions Pursuant to Local Rule 30.3 and /or Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56, filed May 10, 2011 [18] and the Plaintiffs' Response, filed May 27, 2011 [19], it is

      ORDERED that the Pretrial Conference scheduled for June 14, 2011 at 2:00 p.m. and the June 9, 2011 deadline to submit a proposed pretrial order are vacated.

      Dated: May 31st , 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge