IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02320-RPM

RALPH and DEBORAH DUMPERT,

      Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

      Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

The Court having determined that a pretrial conference should now be scheduled, it is

ORDERED that a pretrial conference is scheduled for **May 16, 2012, at 11:00 a.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street,

Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and

Submission of Final Pretrial Order which may be found at

**www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall

be delivered in paper form directly to chambers by **4:00 p.m.** on **May 10, 2012.**  The conference

is conducted with lead counsel present in person.  No parties or representatives of parties will be

permitted to attend.

      Dated: April 2nd, 2012

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch, Senior District Judge