IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02320-RPM

RALPH and DEBORAH DUMPERT,

    Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the Stipulation for Dismissal with Prejudice, filed September 14, 2012 [47], it is

ORDERED that this civil action is dismissed with prejudice with each party to pay its own attorney fees and costs,

Dated: September 14th, 2012

                BY THE COURT:

                s/ Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge